USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,

Petitioners,

-against-

MRJ INTERIORS LLC,

Respondent.

26-CV-07367 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On August 28, 2026, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **September 22, 2026**. Respondent's opposition, if any, is due on **October 22, 2026**. Petitioners' reply, if any, is due **November 12, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **September 22, 2026**, and shall file an affidavit of such service with the Court no later than **September 23, 2026**.

Dated: September 1, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge