UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY F UND, AND THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK.,

Petitioners,

-against-

MRJ INTERIORS LLC.,

Respondent.

26 CIVIL 07367 (MMG)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated November 19, 2026, the Court GRANTS Petitioners' unopposed Petition to confirm the Award. Judgment is entered in favor of Petitioners and against Respondent as follows: 1. The July 23, 2026 Award is confirmed in all respects; 2. Respondent is ordered to pay Petitioners a total of $3,906.59, plus interest at the annual rate of 8.75% from July 23, 2026 through the date of this Judgment, pursuant to the terms of the Award amounting to $112.38 in total interest; 3. Respondent is further ordered to pay Petitioners $1,382.70 in attorneys' fees and $558.75 in costs arising out of this action; and 4. Respondent is further ordered to pay Petitioners post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:** New York, New York
November 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**